

1200 Wells Fargo Plaza  Tel: 253.572.4500   A Northwest Law Firm
1201 Pacific Avenue      Fax: 253.272.5732   www.eisenhowerlaw.com
Tacoma, WA 98402

**ALEXANDER S. KLEINBERG**
akleinberg@eisenhowerlaw.com

September 12, 2012

U.S. Bankruptcy Court
Western District of Washington
Seattle Courthouse
700 Stewart St., #6301
Seattle, WA 98101

    Re: *In re Thomas R. Hazelrigg, III*

Dear Clerk of the Court:

    Please update the mailing matrix regarding Thomas R. Hazelrigg, III, case number 11-22731-TWD to reflect the information below:

| | |
|---|---|
| Velocity Capital Partners | Velocity Capital Partners |
| c/o Jeff Sakamoto | c/o Alexander S. Kleinberg |
| 4800 SW Meadows Rd #300 | Eisenhower Carlson PLLC |
| Lake Oswego, OR 97035 | 1201 Pacific Avenue, Suite 1200 |
| | Tacoma, WA 98402 |

Thank you in advance for your assistance with this matter.

    Very truly yours,

    *Alex K.*

    Alexander S. Kleinberg

ASK:JKF
00519871.DOC